# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2017

154851(39)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ALICE M. BROWN,
                Plaintiff-Appellee,

v

CITY OF SAULT STE MARIE, ERIC
FOUNTAIN, GREG SCHMITIGAL, MIKE
BREAKIE, JEFF KILLIPS, and BRUCE
LIPPONEN,
                Defendants-Appellants.
_____/

SC: 154851
COA: 330508
Chippewa CC: 14-013459-NO

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before August 16, 2017. The same extension is given to plaintiff-appellee to file her supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2017



Clerk